| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798 | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Gregory Alan Stanovic**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   06/02/2025    Gregory Alan Stanovic                    _____
                     Printed name of Debtor 1                      Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                        F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                       Printed name of Debtor 2                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 1002-1.EMP.INCOME.DEC**

# SEPHORA

| | | | |
|---|---|---|---|
| **Employee Name:** | Gregory A Stanovic | **Pay Date:** | 5/23/2025 |
| **Employee #:** | 71266 | **Pay Period:** | 5/5/2025 - 5/18/2025 |
| **Employee Address:** | 1522 Gordon ST unit 1212 Los Angeles, CA 90028 | **Deposit Advice #:** | 952377238 |
| | | **Pay Frequency:** | Bi-Weekly |
| **Department:** | Product | **Pay Rate:** | 25.4700 |
| **Job Title:** | Beauty Advisor | **Federal Filing Status:** | Single |
| **Business Title:** | Beauty Advisor | **Federal Exemptions:** | 1/$0.00 |
| **Pay Type:** | Hourly | **State Filing Status:** | Single (CA) |
| | | **State Exemptions:** | 0 (CA) |

**Employer Name:** Sephora USA, Inc.
**Employer Phone:** 415-284-3300
**Employer Address:** 350 Mission Street 20th Floor San Francisco, CA 94105

| | Current 5/5/2025 - 5/18/2025 | | | YTD As of 5/18/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 64.2470 | | $1,659.16 | 642.2690 | $17,912.02 |
| Overtime | 1.7830 | 38.2050 | $68.13 | 14.4480 | $545.58 |
| Holiday Premium | | | | 15.5330 | $575.98 |
| Vacation | | | | 52.0000 | $1,285.44 |
| Holiday | | | | 23.1330 | $571.85 |
| Wage and Hour | | | | | $64.05 |
| WHOT Sick | | | | | $68.04 |
| Sick Pay Hourly | | | | 16.0000 | $400.02 |
| FLOAT | | | | 22.5000 | $556.20 |
| TIPS | | | | | $181.00 |
| Company Success | | | | | $1,500.00 |
| Regular | 62.4640 | 25.4700 | $1,591.03 | 498.6550 | $12,527.83 |
| **On-Demand Previous Year | | | | | ($363.97) |
| **Taxable Benefits** | | | $10.75 | | $104.30 |
| GRP LIFE | | | $10.75 | | $104.30 |
| **Memo Information** | | | $66.37 | | $663.81 |
| 401K Match | | | | | $285.65 |
| 401K Match | | | $66.37 | | $378.16 |
| **Pre-Tax Deductions** | | | $306.60 | | $3,543.38 |
| Dental | | | $9.00 | | $90.00 |
| Medical | | | $91.00 | | $910.00 |
| Vision - USA | | | $6.90 | | $69.00 |
| FSA-Health | | | $133.33 | | $1,333.30 |
| 401K | | | $66.37 | | $981.99 |
| 401K Catch Up | | | | | $159.09 |
| **Taxes** | | | $254.15 | | $2,985.92 |
| Fed W/H | | | $103.75 | | $1,237.69 |
| Social Security EE | | | $88.64 | | $968.07 |
| Fed MWT EE | | | $20.73 | | $226.40 |
| CA W/H | | | $24.01 | | $367.65 |
| CA DT EE | | | $17.02 | | $186.11 |
| **Post-Tax Deductions** | | | $312.72 | | $3,203.65 |
| 401k Loan 1 | | | $153.87 | | $1,692.57 |
| Hospital Ind | | | $5.23 | | $52.30 |
| Voluntary CRI | | | $10.75 | | $107.50 |
| Voluntary Acc | | | $2.91 | | $29.10 |
| LVMH Shares Ded | | | $139.96 | | $1,322.18 |
| **Reimbursements** | | | ($56.79) | | ($536.49) |
| LVMH Tax Offset | | | ($56.79) | | ($536.49) |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $728.90 | | $7,642.58 |
| Direct Deposit | 031101169 | XXXXXXXX9451 | $728.90 | | |

| **Other Payroll Information** | |
|---|---|
| Total Hours Worked | 64.2470 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.



Page 1 of 2

# SEPHORA

| | | | | |
|---|---|---|---|---|
| **Employer Name:** | Sephora USA, Inc. | **Employee Name:** | Gregory A Stanovic | |
| **Employer Phone:** | 415-284-3300 | **Employee #:** | 71266 | |
| **Employer Address:** | 350 Mission Street<br>20th Floor<br>San Francisco, CA 94105 | **Employee Address:** | 1522 Gordon ST<br>unit 1212<br>Los Angeles, CA 90028 | |
| | | **Department:** | Product | |
| | | **Job Title:** | Beauty Advisor | |
| | | **Business Title:** | Beauty Advisor | |
| | | **Pay Type:** | Hourly | |

| | |
|---|---|
| **Pay Date:** | 5/23/2025 |
| **Pay Period:** | 5/5/2025 - 5/18/2025 |
| **Deposit Advice #:** | 952377238 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 25.4700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **State Filing Status:** | Single (CA) |
| **State Exemptions:** | 0 (CA) |

| Accruals & Balances | | | |
|---|---|---|---|
| Sick Balance: | 6.01 Hours | Sick Accrued: | 2.14 Hours |
| PTO Balance: | 0.00 Hours | | |
| VAC US FSC_DC Balance: | 0.00 Hours | | |
| VAC US Balance: | 22.35 Hours | VAC US Accrued: | 3.37 Hours |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.

**dayforce**

# SEPHORA

| | |
|---|---|
| **Employee Name:** | Gregory A Stanovic |
| **Employee #:** | 71266 |
| **Employee Address:** | 1522 Gordon ST unit 1212 Los Angeles, CA 90028 |
| **Department:** | Product |
| **Job Title:** | Beauty Advisor |
| **Business Title:** | Beauty Advisor |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 5/9/2025 |
| **Pay Period:** | 4/21/2025 - 5/4/2025 |
| **Deposit Advice #:** | 945461477 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 25.4700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **State Filing Status:** | Single (CA) |
| **State Exemptions:** | 0 (CA) |

| | |
|---|---|
| **Employer Name:** | Sephora USA, Inc. |
| **Employer Phone:** | 415-284-3300 |
| **Employer Address:** | 350 Mission Street 20th Floor San Francisco, CA 94105 |

| | Current 4/21/2025 - 5/4/2025 | | | YTD As of 5/4/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 52.8150 | | $1,362.43 | 578.0220 | $16,252.86 |
| Overtime | 1.3500 | 38.2050 | $51.58 | 12.6650 | $477.45 |
| Holiday Premium | | | | 15.5330 | $575.98 |
| Vacation | | | | 52.0000 | $1,285.44 |
| Holiday | | | | 23.1330 | $571.85 |
| Wage and Hour | | | | | $64.05 |
| WHOT Sick | | | | | $68.04 |
| Sick Pay Hourly | 6.0000 | 25.4700 | $152.82 | 16.0000 | $400.02 |
| FLOAT | | | | 22.5000 | $556.20 |
| TIPS | | | | | $181.00 |
| Company Success | | | | | $1,500.00 |
| Regular | 45.4650 | 25.4700 | $1,158.03 | 436.1910 | $10,936.80 |
| **On-Demand Previous Year | | | | | ($363.97) |
| **Taxable Benefits** | | | $10.75 | | $93.55 |
| GRP LIFE | | | $10.75 | | $93.55 |
| **Memo Information** | | | $54.50 | | $597.44 |
| 401K Match | | | | | $285.65 |
| 401K Match | | | $54.50 | | $311.79 |
| **Pre-Tax Deductions** | | | $294.73 | | $3,236.78 |
| Dental | | | $9.00 | | $81.00 |
| Medical | | | $91.00 | | $819.00 |
| Vision - USA | | | $6.90 | | $62.10 |
| FSA-Health | | | $133.33 | | $1,199.97 |
| 401K | | | $54.50 | | $915.62 |
| 401K Catch Up | | | | | $159.09 |
| **Taxes** | | | $183.95 | | $2,731.77 |
| Fed W/H | | | $69.57 | | $1,133.94 |
| Social Security EE | | | $70.24 | | $879.43 |
| Fed MWT EE | | | $16.42 | | $205.67 |
| CA W/H | | | $14.25 | | $343.64 |
| CA DT EE | | | $13.47 | | $169.09 |
| **Post-Tax Deductions** | | | $312.72 | | $2,890.93 |
| 401k Loan 1 | | | $153.87 | | $1,538.70 |
| Hospital Ind | | | $5.23 | | $47.07 |
| Voluntary CRI | | | $10.75 | | $96.75 |
| Voluntary Acc | | | $2.91 | | $26.19 |
| LVMH Shares Ded | | | $139.96 | | $1,182.22 |
| **Reimbursements** | | | ($56.79) | | ($479.70) |
| LVMH Tax Offset | | | ($56.79) | | ($479.70) |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $514.24 | | $6,913.68 |
| Direct Deposit | 031101169 | XXXXXXXX9451 | $514.24 | | |

| Other Payroll Information | |
|---|---|
| Total Hours Worked | 46.8150 |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.



Page 1 of 2

# SEPHORA

| | | |
|---|---|---|
| **Employee Name:** Gregory A Stanovic | **Pay Date:** | 5/9/2025 |
| **Employee #:** 71266 | **Pay Period:** | 4/21/2025 - 5/4/2025 |
| **Employee Address:** 1522 Gordon ST unit 1212, Los Angeles, CA 90028 | **Deposit Advice #:** | 945461477 |
| | **Pay Frequency:** | Bi-Weekly |
| **Department:** Product | **Pay Rate:** | 25.4700 |
| **Job Title:** Beauty Advisor | **Federal Filing Status:** | Single |
| **Business Title:** Beauty Advisor | **Federal Exemptions:** | 1/$0.00 |
| **Pay Type:** Hourly | **State Filing Status:** | Single (CA) |
| | **State Exemptions:** | 0 (CA) |

**Employer Name:** Sephora USA, Inc.
**Employer Phone:** 415-284-3300
**Employer Address:** 350 Mission Street, 20th Floor, San Francisco, CA 94105

| Accruals & Balances | | | | | |
|---|---|---|---|---|---|
| Sick Balance: | 3.87 Hours | Sick Accrued: | 1.56 Hours | Sick Taken: | 6.00 Hours |
| PTO Balance: | 0.00 Hours | | | | |
| VAC US FSC_DC Balance: | 0.00 Hours | | | | |
| VAC US Balance: | 18.99 Hours | VAC US Accrued: | 3.97 Hours | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.



Page 2 of 2